DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FREDERICK D. MENSING, III,**
Appellant,

v.

**CHRISTOPHER N. KIRRIE, CHRISTOPHER W. KIRRIE,
ROBERT CHESTER KIRRIE,** and **FUFF, INC.,**
Appellees.

No. 4D17-2537

[April 12, 2018]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Paul B. Kanarek, Judge; L.T. Case No. 312015CA000609.

Frederick D. Mensing, III, Roseland, pro se.

Christopher Hicks of the Law Office of Christopher A. Hicks, Vero Beach, for appellees.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and LEVINE, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***